**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 19-1344 (RBW) |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-2125 (RBW) |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

On February 27, 2020, the Court consolidated Reporters Committee for Freedom of the Press v. United States Department of State, Civ. Action No. 19-2125, with Citizens for Responsibility and Ethics in Washington v. United States Department of State, Civ. Action No. 19-1344. See Order at 1–2 (Feb. 27, 2020), Citizens for Responsibility and Ethics in Washington v. United States Department of State, Civ. Action No. 19-1344, ECF No. 16. The Court further ordered that "the parties shall make all future filings in Citizens for Responsibility and Ethics in Washington v. United States Department of State, Civ. Action No. 19-1344, and the Clerk of the Court shall refuse to accept any filings in Reporters Committee for Freedom of the Press v. United States Department of State, Civ. Action No. 19-2125." Id. at 2.

Subsequently, on December 13, 2022, the Reporters Committee for Freedom of the Press and the United States Department of State filed a stipulation of dismissal in <u>Reporters Committee for Freedom of the Press v. United States Department of State</u>, Civ. Action No. 19-2125.  <u>See</u> Stipulation of Dismissal, <u>Reporters Committee for Freedom of the Press v. United States Department of State</u>, Civ. Action No. 19-2125, ECF No. 20.

Accordingly, it is hereby

**ORDERED** that, on or before December 15, 2022, the Reporters Committee for Freedom of the Press and the United States Department of State shall file their stipulation of dismissal in <u>Citizens for Responsibility and Ethics in Washington v. United States Department of State</u>, Civ. Action No. 19-1344.

**SO ORDERED** this 14th day of December, 2022.

REGGIE B. WALTON
United States District Judge